**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01374-LTB

DAVID ATKINSON,

     Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS,
DISTRICT LODGE 141 OF IAMAW,
ROBERT MARTINEZ JR., International President,
DORA CERVANTES, General-Secretary-Treasurer, and
MIKE KLEMM, President and Directing General Chairman,

     Defendants.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order of Judge Lewis T. Babcock entered on May 7, 2020, it is ORDERED that Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment for lack of federal question jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) is GRANTED.  It is

     FURTHER ORDERED that final judgment is hereby entered in favor of Defendants International Association of Machinists and Aerospace Workers, District Lodge 141 of IAMAW, Robert Martinez Jr., Dora Cervantes, and Mike Klemm and against Plaintiff David Atkinson.  It is

     FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this __7th__ day of May, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk